UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SEA BREEZE AT PEPPERTREE COMMUNITY ASSOCIATION, INC.,

    Plaintiff,

v.     Case No: 2:23-cv-1112-JES-NPM

TRISURA SPECIALTY INSURANCE COMPANY,

    Defendant.

**ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. #17) filed on June 21, 2024. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __21st__ day of June 2024.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record